US DISTRICT COURT                                    2-16-2023

Worcester, ss        Richard W Porter Jr         Docket No. _____
                     v.
                     COMMONWEALTH of MA
                     TOWN OF Wakefield
                     Malden District Court
                     Worcester Recovery Center + Hospital

FILED IN CLERKS OFFICE
JUL 20 '23 AM 10:15 USDC MA

# COMPLAINT

On March 20, 2017 Malden Court issued a restraining order in R/E: Nancy Moreno Frijei V. Richard Porter. Porter has the address of 825 Newton St. Boston MA. D.O.B. ■ 1960. Moreno filed Police Complaints with the Wakefield Police Dept. for violation of a restraining order. The Wakefield Police Dept. on 3 occasions did file complaints against me at The Malden Court. They charged violation of a restraining order. They filed perjured Police Complaints. On November 12, 2020 3 Mass. State Troopers broke into 54 School St. Woburn MA my home. They cuffed me and took me to a Police Station. There they did not book me or finger print me. They took me to the Malden Court. Malden Court ordered me to go to The Worcester Recovery Center + Hospital. I was to have a 16 day evaluation. The Hospital told me I was sentenced for 6 months. They lied there was no Trial or sentence. They held me for 9 months no court order. They druged me and held me against my will. All the time the warrant was for Richard Porter of Boston MA.

①

COMPLAINT

{ Porter
  v.
  ET AL.,

ON 7-30-2021 a petition against Richard Porter was filed with the Worcester District Court. The hospital used Nancy Morino via video to testify against Porter. All the time they held me. ON 4-5-2022 my atty. Fred Doyle filed an appeal and an order for discharge. The Department of Mental Health and the Hospital were served. I had been held for 1½ years. On 8-30-2022 The Worcester Recovery Center + Hospital, Commonwealth, Dept. of Mental Health Obtained a second commitment while under appeal. ON March 21, 2023 Fred Doyle dismissed the appeal. ON March 27, 2023 I filed a G.L.C. 123 § 9(b) application for discharge. This case is pending in Superior Court.

I lost $600,000 in anticipated wages, SSI income $34,000., Rental income $2,000,000. The house Nancy Morino lives in is deeded to my trust. It had been in US Bankruptcy Court 6 Times. I hold the deed. Value $289,900. My civil rights have been violated.

Plaintiff:

Richard W Porter Jr
309 Belmont St.
Worcester MA 01604

②